IN THE UNITED STATES DISTRICT COURT

For the

District of Ohio, Cuyahoga County, Cleveland

**FILED**
SEP 17 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Case No. 1:21 CV 1786

**JUDGE CALABRESE**

Jury Trial Demand

**MAG. JUDGE RUIZ**

Plaintiff, *Pro se*

Julius Maurice Vaughn

334 Knollwood Trails

Richmond Heights, Ohio 44143

(770)310-9114

jukeboxvaughn@yahoo.com

Defendant(s)

Secretary of the Department Veterans Affairs

Denis R. McDonough, ~~et al~~ *EMU*

810 Vermont Avenue NW.,

Washington, DC 20420

CONPLAINT FOR A CIVIL CASE

Now comes, Julius Maurice Vaughn in the Federal Court District of Ohio file a Civil Complaint against the Secretary of the Department of Veterans Affairs, Denis R. McDonough and the Department of

Veterans Affairs Louis Stokes Medical of Discrimination based on sex male (none sexual) in violation of current Federal Laws and Statues.

The Department of Veterans Affairs through its Management, Managers, Supervisors, Agents, Agency and Staff created a Hostile work environment.

The Department of Veterans Affairs had a campaign of Intimidation against Julius Maurice Vaughn.

The Department of Veterans Affairs Retaliation After Julius Maurice Vaughn filed a lawful EEO Complaint.

The Department of Veterans Affairs campaign of Fear for showing up to work against Julius Maurice Vaughn.

The Depart of Veterans Affairs Reprisals against Julius Maurice that only intensified after Julius Maurice Vaughn File a Lawful EEO Complaint against The Department of Veterans Affairs.

The Department of Veterans Affairs did nothing to protect Julius Maurice Vaughn from the Unlawful acts of work Place Harassment.

The Department of Veterans Affairs did nothing to put a stop to the Demeaning Vindictive onslaught of attacks against Julius Maurice Vaughn.

The Department of Veterans Affairs on or about December 04, 2019 started an over two year campaign to try to Terminate Julius Maurice Vaughn with no justification.

The Department of Veterans Affairs violate the spirit of the Law with Retribution, Harassment, Retaliation and Reprisal when I went to the Office of Resolution Management to try resolve issues that Julius Maurice Vaughn had with Management and with issues Management had with Julius Maurice Vaughn.

The Department of Veterans Affairs of Affairs through its Management, Managers, Supervisors, Agents, Agency and Staff created a Hostile work environment through a false narrative of write up , falsehoods, innuendoes , mistruths, and outright lies to justify their Unlawful Federal violations of Julius Maurice Vaughn Civil Rights.

INJURY AND DAMAGE

I suffered Emotional and Mental injury that cause me to seek out professional.

I suffered from lost Wages, Income and Benefits from my employer that caused financial hardship.

I was forced to retire early by my employer with caused to take an early retirement penalty with my Department of Veterans Affairs.

REMEDY SOUGHT

Jury Trial Award for Damages of lost wages, Income, Benefits and Early retirement penalty accessed.

Eight years of full Pay and Benefits that Julius Maurice Vaughn could have achieved for the full retirement age of sixty seven.

Compensatory and Punitive Damages in the amount of $400,000.00 (Four Hundred Thousand Dollars)

Defendant(s) ordered to pay all Court Cost and Legal Fees associated with this Complaint.

I, Julius Maurice Vaughn reserve the right to amend this Complaint.

SERVICE

A copy of this Complaint will be mailed to the Defendant(s) by U.S. Mail.

September 17, 2021

VAUGhN, Jullus MAURiCE
*[signature]*

Julius Maurice Vaughn

334 Knollwood Trails

Richmond Heights, Ohio 44143

(770)310-9114

jukeboxvaughn@yahoo.com